# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DANIELLE SERINO** | CASE NO. 1:21 CV 58 |
| Plaintiffs, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| **REVENUE ASSISTANCE CORP..** | |
| Defendant(s) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Danielle Serino and Defendant Revenue Assistance Corporation, through their respective counsel, hereby stipulate that Plaintiff's Complaint is hereby dismissed with prejudice pursuant to Civ. R. 41(a)(1)(A)(ii)

Respectfully submitted,

| | |
|---|---|
| */s/ Marc E. Dann, Esq.* | */s/ Boyd W. Gentry* |
| Marc E. Dann (0039425) | Boyd W. Gentry (0071057) |
| Brian D. Flick (0081605) | Zachary P. Elliott (0090057) |
| DannLaw | Law Office of Boyd W. Gentry, LLC |
| 15000 Madison Avenue | 4031 Colonel Glenn Highway, First Floor |
| Lakewood, OH 44107 | Beavercreek, OH 45431 |
| Phone: (216)373-0539 | Tel. (937) 839-2881 |
| Facsimile: (216)373-0536 | Fax (800) 839-5843 |
| notices@dannlaw.com | bgentry@boydgentrylaw.com |
| | zelliott@boydgentrylaw.com |
| *Counsel for Plaintiff Danielle Serino* | *Counsel for Defendant* |

**CERTIFICATION OF SERVICE**

I hereby certify that on July 30, 2021, a copy of the foregoing *Notice of Voluntary Dismissal* was filed using the Court's CM/ECF electronic filing system, which will effectuate service on all counsel of record.

> */s/ Marc E. Dann, Esq.*
> Marc E. Dann (0039425)
> Brian D. Flick (0081605)
> DannLaw
> *Counsel for Plaintiff Danielle Serino*