UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **DANIELLE SERINO** | CASE NO.  1:21 CV 58 |
| Plaintiffs, | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| **REVENUE ASSISTANCE CORP..** | |
| Defendant(s) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Danielle Serino and Defendant Revenue Assistance Corporation, through their

respective counsel, hereby stipulate that Plaintiff's Complaint is hereby dismissed with prejudice

pursuant to Civ. R. 41(a)(1)(A)(ii)

Respectfully submitted,

| | |
|---|---|
| */s/ Marc E. Dann, Esq.* | */s/ Boyd W. Gentry* |
| Marc E. Dann (0039425) | Boyd W. Gentry (0071057) |
| Brian D. Flick (0081605) | Zachary P. Elliott (0090057) |
| DannLaw | Law Office of Boyd W. Gentry, LLC |
| 15000 Madison Avenue | 4031 Colonel Glenn Highway, First Floor |
| Lakewood, OH 44107 | Beavercreek, OH 45431 |
| Phone: (216)373-0539 | Tel. (937) 839-2881 |
| Facsimile: (216)373-0536 | Fax (800) 839-5843 |
| notices@dannlaw.com | bgentry@boydgentrylaw.com |
| | zelliott@boydgentrylaw.com |
| *Counsel for Plaintiff Danielle Serino* | |
| | *Counsel for Defendant* |

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
7/30/2021